IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00090-AP**

**JOSEPH SANDOVAL**,

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Stephanie J. Stevenson, Esq.
        1526 W. Colorado Ave.
        Colorado Springs, CO 80904
        (719) 475-9100 (telephone)
        (719) 475-9102 (fax)

    **For Defendant:**

        TROY A. EID
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Laura Ridgell-Boltz
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado 80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

- A.     Date Complaint Was Filed: <u>January 15, 2007.</u>
- B.     Date Complaint Was Served on U.S. Attorney's Office: <u>March 12, 2007.</u>
- C.     Date Answer and Administrative Record Were Filed: <u>May 21, 2007</u>.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>Plaintiff is unable to determine whether the record is adequate or complete until he has finalized his opening brief.</u>
<u>Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.</u>

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>Plaintiff does not intend to submit additional evidence.</u>
<u>Defendant does not intend to submit additional evidence.</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.</u>
<u>Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.</u>

**7. OTHER MATTERS**

<u>Plaintiff has no other matters to bring to the attention of the court.</u>
<u>Defendant has no other matters to bring to the attention of the court.</u>

**8. PROPOSED BRIEFING SCHEDULE**

- A.     Plaintiff's Opening Brief Due:         <u>JULY 20, 2007.</u>
- B.     Defendant's Response Brief Due:     <u>AUGUST 20, 2007.</u>
- C.     Plaintiff's Reply Brief (If Any) Due: <u>SEPTEMBER 9, 2007.</u>

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

 **A.  Plaintiff's Statement.**
**Plaintiff does not request oral argument.**

 **B.  Defendant's Statement:**
**Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

 *Indicate below the parties' consent choice.*

 A. ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
 B. (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **8th day of June, 2007.**

            BY THE COURT:

            *S/John L. Kane*
            U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Stephanie J. Stevenson   Date: 06/08/07**
Stephanie J. Stevenson
The Law Office of Stephanie J. Stevenson, P.C.
1526 W. Colorado Ave.
Colorado Springs, CO 80904
(719) 475-9100 (telephone)
(719) 475-9102 (fax)
sjs@sjspc.net

**For Defendant:**

TROY A. EID
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Laura Ridgell-Boltz   Date: 06/08/07**
By:   Laura Ridgell-Boltz
Special Assistant United States Attorney

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)
laura.ridgell-boltz@ssa.gov