IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00090-AP**

**JOSEPH M. SANDOVAL**,

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

        Defendant.

## ORDER TO REDACT THE ADMINISTRATIVE RECORD

Pursuant to the parties' Stipulation and Joint Motion to Redact the Administrative Record (doc. #15), filed September 5, 2007, it is

ORDERED that the Motion is GRANTED. The Certified Administrative Record (C.A.R.) in this action, completed on May 22, 2007, shall be redacted as follows:

The Clerk of the Court is directed to remove page 234 of the C.A.R., and all copies of that page, from the court files, and to forward that page and any copies to Alexess D. Rea, Assistant Regional Counsel, Social Security Administration, Office of General Counsel, 1961 Stout, Suite 1001A, Denver, CO 80294, who shall destroy it.

Dated: September 6, 2007

                                                    *s/John L. Kane*
                                                    Judge John L. Kane
                                                    United States District Court Judge