IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00090-AP

JOSEPH M. SANDOVAL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER TO CORRECT THE ADMINISTRATIVE RECORD

Defendant's Motion to Correct the Certified Administrative Record (C.A.R.) (doc. #18), filed September 17, 2007, is GRANTED. It is

ORDERED that the C.A.R. be corrected by adding the replacement pages for 234 and the table of contents, which Defendant filed in hard copy with the Court on or about September 13, 2007. The Clerk is directed to place said replacement pages in the C.A.R. filed with the Court.

Dated at Denver, Colorado this 17th day of September, 2007.

                            BY THE COURT:

                            ***s/John L. Kane***
                            John L. Kane, Senior Judge
                            United States District Court