IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00090-AP

JOSEPH M. SANDOVAL,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

## REMAND ORDER

Defendant, the Commissioner of Social Security, by his attorney, the undersigned Assistant United States Attorney for the District of Colorado, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. Defendant's Unopposed Motion to Remand (doc. #19), filed September 17, 2007, is GRANTED.

Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand by the Court, the Appeals Council will remand the matter to an administrative law judge (ALJ) for a *de novo* hearing and to issue a new decision

regarding Plaintiff's eligibility for benefits.  Upon remand by the Court, the ALJ will be instructed to reevaluate the evidence of record and apply the medical improvement standard if Plaintiff's disability is found to have ceased; recontact Dr. Reasoner to clarify his opinions regarding Plaintiff's residual functional capacity and his ability to perform sedentary and light jobs; and to consider Dr. Lambden an examining, rather than treating, physician.  The ALJ should also, as necessary, obtain supplemental evidence from a vocational expert.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further administrative proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND of the cause to the Commissioner for further administrative proceedings as set out above.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated at Denver, Colorado this 17th day of September , 2007.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court