IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-90-AP**

**JOSEPH SANDOVAL,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff's Motion to Change Administrative Law Judge Upon Remand (doc. #24), filed September 18, 2007, is DENIED, with leave to re-file, for failure to comply with D.C.COLO.LCivR 7.1A**.**  Certification that a telephone call, e-mail or fax was directed to opposing counsel fewer than 24 hours before the paper was intended to be filed and "no response" was received is per se <u>not</u> a good faith effort.

Dated:  September 18, 2007