IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-90-AP**

**JOSEPH SANDOVAL,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Plaintiff's Opposed Motion to Change Administrative Law Judge Upon Remand (doc. #27), filed September 25, 2007. The Motion is GRANTED over Defendant's objection. The Order of Remand entered on September 17, 2007, is AMENDED to reflect that this case shall be assigned to a different Administrative Law Judge.

Dated this 15th day of October, 2007.

                                          BY THE COURT:

                                          S/**John L. Kane**
                                          Senior Judge, United States District Court