IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-90-AP**

**JOSEPH SANDOVAL,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #33), filed October 18, 2007, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$4,992.19** .

Dated at Denver, Colorado, this 18th day of October, 2007.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT